# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER P. RAMANEE,[1] | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | NO. 19-2342 |
| ANDREW SAUL,[2] | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this  15TH  day of November, 2019, upon consideration of Plaintiff's request for review and Commissioner's Motion to Dismiss (ECF No. 13), IT IS ORDERED that:

1. Commissioner's Motion to Dismiss is GRANTED;

2. Plaintiff's Request for Review is DENIED as untimely; and

3. Judgment is entered in favor of the Defendant.

BY THE COURT:

  /s/ Lynne A. Sitarski
LYNNE A. SITARSKI
United States Magistrate Judge

---

[1] The Court Docket lists Plaintiff's last name as "Ramaner." While Plaintiff's handwritten Complaint is slightly difficult to read, other documentation indicates his last name is "Ramanee." (Compl., ECF No. 1, at pp. 9-10). The Clerk of Court is directed to amend the caption so that Plaintiff's last name is correctly spelled as "Ramanee."

[2] Andrew M. Saul was confirmed as Commissioner of the Social Security Administration on June 4, 2019. Pursuant to Fed. R. Civ. P. 25(d), I have substituted Andrew M. Saul as defendant in this suit.